IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TORUS VENTURES LLC, <br> *Plaintiff*, <br> v. <br> ALTAIR GLOBAL SERVICES, LLC, <br> *Defendant*. | § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 2:25-CV-00473-JRG <br> (LEAD CASE) |
| TORUS VENTURES LLC, <br> *Plaintiff*, <br> v. <br> KOSSE PARTNERS I, LLC, <br> *Defendant*. | § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 2:25-CV-00500-JRG <br> (MEMBER CASE) |

# ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff Torus Ventures LLC ("Plaintiff") and Defendant Kosse Partners I, LLC ("Defendant") (collectively, the "Parties"). (Dkt. No. 29.) In the Motion, the Parties in Member Case No. 2:25-cv-00500-JRG, *Torus Ventures LLC v. Kosse Partners I, LLC* request an order dismissing the above-captioned Member Case with prejudice. (*Id.* at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned Member Case are **DISMISSED WITH PREJUDICE**. The Parties are to bear their own costs and attorneys' fees. All pending requests for relief asserted by the Parties in Member Case No. 2:25-cv-00500-JRG not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:25-cv-00500-JRG, but in light of the live disputes in the remainder of this series of consolidated cases, the Clerk of Court is directed to **MAINTAIN AS OPEN** the Lead Case.

**So ORDERED and SIGNED this 9th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE